Case: 14-1430    Document: 109    Filed: 06/17/2016    Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 54 NOTICE

June 17, 2016

| | |
|---|---|
| No. 14-1430 | GRACE SCHOOLS and BIOLA UNIVERSITY INCORPORATED, Plaintiffs - Appellees<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00459-JD-CAN<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio | |

The Supreme Court has remanded this case to this Court for further proceedings. Circuit Rule 54 requires that counsel for the parties, within twenty-one (21) days after the issuance of a certified copy of the Supreme Court's judgment, file statements of their position as to the action which ought to be taken by this Court on remand.

The Supreme Court issued a certified copy of its judgment on June 17, 2016. Your statement, which should be entitled "Circuit Rule 54 Statement", shall be filed with this Court by July 8, 2016.

form name: **c7_Order_Rule54**(form ID: **146**)