IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GRACE SCHOOLS and BIOLA UNIVERSITY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> *Defendants*. | No. 3:12-cv-459 |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's February 9, 2018 Order (ECF No. 107).

The defendant agencies issued new interim final regulations that modify some of the regulations at issue in this litigation on October 6, 2017. *See* 82 Fed. Reg. 47,792 (Oct. 13, 2017); 82 Fed. Reg. 47,838 (Oct. 13, 2017). On December 15, 2017, the district court in *Pennsylvania v. Trump*, No. 2:17-cv-04540-WB, ECF No. 60 (E.D. Pa.), entered a preliminary injunction that enjoins the defendant agencies from enforcing the new interim final rules. On December 21, 2017, the district court in *California v. Department of Health and Human Services*, No. 4:17-cv-05783-HSG, ECF No. 105 (N.D. Cal.), also entered a preliminary injunction to the same effect.

Against this backdrop, the parties are continuing to discuss an appropriate resolution of this case. The parties therefore ask that the Court stay this case for 60 days and instruct the parties to file another joint status report no later than June 8, 2018.

Dated: April 9, 2018

\_/s/ Gregory S. Baylor_____
GREGORY S. BAYLOR (TX No. 1941500)
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001
Tel: (202) 393-8690
Fax: (202) 347-3622
Email: gbaylor@ADFlegal.org

*Attorney for Plaintiffs*

Respectfully submitted,

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs Branch

\_/s/ Emily S. Newton_____
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, DC 20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Emily S. Newton
EMILY S. NEWTON